FILED

2009 SEP -8  PM 2: 57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. C  CALIF.
LOS ANGELES

BY_____

1  SEYFARTH SHAW LLP
   Andrew M. Paley (State Bar No. 149699)
2  apaley@seyfarth.com
   Sheryl L. Skibbe (State Bar No. 199441)
3  sskibbe@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California 90067
   Telephone: (310) 277-7200
5  Facsimile: (310) 201-5219

6  Catherine V. Meek (State Bar No. 262084)
   cmeek@seyfarth.com
7  333 South Hope Street, Suite 3900
   Los Angeles, California 90071
8  Telephone: (213) 270-9600
   Facsimile: (213) 270-9601

9
   Attorneys for Defendants
10 H&R Block Enterprises LLC, H&R Block Tax Services LLC, and HRB Tax
   Group, Inc.

11
                  UNITED STATES DISTRICT COURT
12
                  CENTRAL DISTRICT OF CALIFORNIA
13

14 DELANA L. UGAS, an individual; on        Case No. **CV09-6510 (SHx)**
   her own behalf and on behalf of all
15 others similarly situated,                **NOTICE OF INTERESTED
                                             PARTIES**
16              Plaintiff,
                                             [LOCAL RULE 7.1-1]
17       v.
                                             [LOS ANGELES COUNTY SUPERIOR
18 H&R BLOCK ENTERPRISES, LLC, a             COURT CASE NO. BC417700]
   Missouri corporation; HRB TAX
19 GROUP, INC., a Missouri corporation;
   H&R BLOCK TAX SERVICES, INC., a
20 Missouri corporation; and DOES 1
   through 10, inclusive,
21                                           Complaint Filed: July 13, 2009
                Defendants.
22

23

24

25

26

27

28
   ────────────────────────────────────────────────────
                  NOTICE OF INTERESTED PARTIES

LA1 6898410.2

TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants H&R Block Enterprises LLC and HRB Tax Group, Inc., certifies that the following listed parties have a direct pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Delana L. Ugas;

2. Removing Defendant H&R Block Enterprises LLC (successor by merger to H&R Block Enterprises, Inc.);

3. Removing Defendant HRB Tax Group, Inc. (fka H&R Block Services, Inc.), Parent corporation of unserved Defendant H&R Block Tax Services LLC.

4. Unserved Defendant H&R Block Tax Services LLC, Parent corporation of H&R Block Enterprises LLC (successor by merger to H&R Block Enterprises, Inc.);

5. H&R Block Group, Inc., Parent corporation of HRB Tax Group, Inc.(fka H&R Block Services, Inc.); and

6. H&R Block, Inc., Parent corporation of H&R Block Group, Inc.

DATED:  September 8, 2009

SEYFARTH SHAW LLP

By _____
Sheryl L. Skibbe
Attorneys for Defendants
H&R Block Enterprises LLC, H&R Block Tax Services LLC, and HRB Tax Group, Inc.

---

LA1 68984102                    NOTICE OF INTERESTED PARTIES

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           )  ss
COUNTY OF LOS ANGELES      )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 2029 Century Park East, Suite 3500, Los Angeles, California 90067-3021. On September 8, 2009, I served the within documents:

**NOTICE OF INTERESTED PARTIES**

☐ I sent such document from facsimile machine (310) 201-5219. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 201-5219 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

Mike Arias, Esq.
Mark A. Ozzello, Esq.
Mikael H. Stahle, Esq.
ARIAS OZZELLO & GIGNAC LLP
6701 Center Drive West, Suite 1400          *Attorneys for Plaintiff*
Los Angeles, CA 90045-1558
Phone: (310) 670-1600
Fax:    (310) 670-1231

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on September 8, 2009 at Los Angeles, California.

_____
Elsa J. Terre

LA1 6894209.1