Mike Arias, Esq. (CSB #115385)
Mark A. Ozzello, Esq. (CSB #116595)
Arnold C. Wang, Esq. (CSB #204431)
**ARIAS OZZELLO & GIGNAC LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045-1558
Tel: (310) 670-1600
Fax:(310) 670-1231

Attorneys for Plaintiffs
and the Putative Class

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DELANA L. UGAS, an individual, on her own behalf and on behalf of all others similarly situated; BARBARA GUERRA, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>H&R BLOCK ENTERPRISES LLC., a Missouri Corporation; HRB TAX GROUP, INC., a Missouri Corporation; H&R BLOCK TAX SERVICES, INC., a Missouri Corporation; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: CV09-6510 CAS (SHx)<br><br>Honorable Christina A. Snyder<br><br>**CLASS ACTION**<br><br>**ORDER**<br><br>1. GRANTING PRELIMINARY APPROVAL TO THE PROPOSED CLASS-ACTION SETTLEMENT;<br>2. APPROVING THE FORM AND MANNER OF NOTICE;<br>3. APPOINTING THE SETTLEMENT ADMINISTRATOR;<br>4. ESTABLISHING A SCHEDULE FOR THE PROVISION OF NOTICE OF THE SETTLEMENT TO THE MEMBERS OF THE CLASS; AND<br>5. SETTING THE FINAL APPROVAL HEARING |

**ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT**

|   |   |
|---|---|
|   | [Filed concurrently with:<br>a. Memorandum of Points and Authorities;<br>b. Declaration of Arnold C. Wang]<br><br>Date:  August 12, 2013<br>Time:  10:00 a.m.<br>Ctrm.:  5<br><br>Removal Filed: September 8, 2009<br>Trial date:  March 4, 2014 |

On August 12, 2013, the Hearing on the Motion of the Plaintiff Class for an Order (1) Granting Preliminary Approval to the Proposed Class-Action Settlement in this action (the "Settlement"); (2) Approving the Form and Manner of Notice; (3) Appointing the Settlement Administrator; (4) Establishing a Schedule for the Provision of Notice of the Settlement to the Members of the Class; and, (5) Setting the Final Approval Hearing took place.

The Court having read and considered the Motion for Preliminary Approval, the Settlement Agreement, and all other accompanying documents, and good cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. Subject to further consideration by the Court at the time of the Final Approval Hearing, the Court preliminarily approves the Settlement as fair, reasonable, and adequate to the members of the Settlement Class, as falling within the range of possible final approval, and as meriting submission to the members of the Settlement Class for their consideration.

2. For the purposes of settlement only, the Court certifies a Class defined as follows: "All hourly Tax Professionals of H&R Block who worked in the Pomona District in California from July 2005 through August 2011,

1   excluding the Apodaca Plaintiffs."[1]

2   3.   The Court finds that the form, manner and content of the notices specified in Section III, Paragraph 11(c) of the Class Action Settlement Agreement (the "Settlement Agreement") meet the requirements of due process and FED. RULES OF CIV. PROC., Rule 23(e) and provide a means of notice reasonably calculated to apprise the class members of the pendency of the action and the proposed Settlement. The costs and expenses associated with providing notice to the Settlement Class shall be paid from the Attorneys' Fees and Costs Fund.

4.   The Court approves, as to form and content, the "Notice of Proposed Class Action Settlement", attached as Exhibit "A" to the Settlement Agreement.

5.   The Court appoints Desmond, Marcello & Amster as the Settlement Administrator for purposes of settlement notice and administration.

6.   The Court directs the notice to the Class in accordance with the schedule set forth below. The Court finds that the dates and form selected for the notice meet the requirements of due process, provide the best notice practicable under the circumstances, and constitute due and sufficient notice to all persons entitled to notice.

7.   The following dates shall govern for the purposes of this Settlement:

///

///

///

---

[1] The "Apodaca Plaintiffs" are Teresa Apodaca, Nicolasa Belmont, Damon Cabrera, Vanessa Christopher, Christy Gonzalez, Jeanette Gonzalez, Melinda Gonzalez, Barbara Guerra, Anthony Iosua-Cabrera, Maite Mendez, Laurie Miranda, Joseph Ornelas, Harold M. Richeson, Alyssa Ruiz, and Jolene Sanchez.

**ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT**

| **PROPOSED DATE** | |
|---|---|
| Within 30 days after execution of this Order **[September 11, 2013]** | Settlement Administrator shall disseminate the Settlement Notice as provided in the Settlement Agreement. |
| 30 days after execution of this Order **[September 11, 2013]** | Plaintiff shall file the Application for Attorney's Fees, Reimbursement of Litigation Costs, and Enhancement Award for the Class Representative. |
| 30 days after the mailing of the Settlement Notice | Last day for Class Members file and serve Notice of Objection. |
| As soon as practicable, but no later than 35 days prior to the Final Approval Hearing **[October 14, 2013]** | Settlement Administrator shall provide Class Counsel and Counsel for Defendant with a Declaration attesting to completion of the notice process set forth in this Settlement Agreement. |
| 28 days before the Fairness and Final Approval Hearing **[October 21, 2013]** | All papers and declarations in support of the final approval of the Settlement shall be filed with the Court.  Class Counsel and Counsel for Defendant shall file any responses to any written objections to Settlement submitted to the Court in accordance with this Settlement Agreement. |

8. The Final Approval and Fairness Hearing is set for **November 18, 2013 at 10:00 a.m.** in Courtroom 5 of the United States District Court, Central District of California. After final approval, all Class Members, other than those who have opted out, are entitled to receive the benefits of the Settlement, and will likewise be bound by the releases contained in the Settlement Agreement and by the judgments and orders filed or entered in this action.

9. The Court may, for good cause, extend any of the deadlines set forth in this Order without further notice to the members of the Settlement Class. The Final Approval and Fairness Hearing may, from time to time and without further notice to the members of the Settlement Class, be continued by order of the Court.

**IT IS SO ORDERED.**

Dated: August 12, 2013

Honorable Christina A. Snyder
Judge of the District Court