UNITED STATES DISTRICT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANA L. UGAS, an individual; on her own behalf and on behalf of all others similarly situated, BARBARA GUERRA, an individual; on her own behalf and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>H&R BLOCK ENTERPRISES, LLC, a Missouri Corporation; H&R TAX GROUP, INC., a Missouri Corporation; H&R BLOCK TAX SERVICES, INC., a Missouri Corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. CV09-06510 CAS (SHx)<br><br>**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEY'S FEES, COSTS AND ADMINISTRATIVE EXPENSES, CLASS REPRESENTATIVE ENHANCEMENT, AND RELEASE OF ALL CLAIMS BY CLASS MEMBERS**<br><br>Judge:  Hon. Christina A. Snyder<br>Ctrm.:  5<br><br>Complaint Filed: July 13, 2009 |

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEY'S FEES, COSTS AND ADMINISTRATIVE EXPENSES, CLASS REPRESENTATIVE ENHANCEMENT, AND RELEASE OF ALL CLAIMS BY CLASS MEMBERS
Case No. CV09-6510 CAS (SHx)

15883288v.1

1  The Court has received and reviewed the motion for final approval of the
2 settlement of this class action and Plaintiffs' application for attorney's fees and
3 reimbursement of costs and administrative expenses, and for a Class
4 Representative Enhancement.  In addition, the Court has received and reviewed the
5 proposed Class Action Settlement Agreement.

6  GOOD CAUSE APPEARING, this Court makes the following ORDER:

7  1. The Settlement Class as to whom this judgment applies is defined as:
8     "All hourly Tax Professionals of H&R Block who worked in
9      the Pomona District in California from July 2005 through
10     August 2011, excluding the Apodaca Plaintiffs."

11  2. The Settlement Agreement is granted Final Approval.  It appears, and
12 this Court finds, that the Settlement Agreement has no obvious defects, is fair,
13 reasonable and adequate, was negotiated in good faith and at arm's length and is in
14 the best interests of the Settlement Class as a whole.  The Court further orders the
15 parties to carry out the provisions of the Settlement Agreement.

16  3. The Court hereby grants and approves the application presented by
17 Plaintiffs' Attorneys for an award of attorney's fees in the amount of $149,400.00.

18  4. The Court hereby grants and approves the application presented by
19 Plaintiffs' Attorneys for reimbursement of costs and administrative expenses in the
20 amount of $32,000.00.

21  5. The Court hereby grants and approves the application for a Class
22 Representative Enhancement in the amount of $500.00 for the Class
23 Representative.

1  6. As of November 18, 2013, the Court hereby dismisses with prejudice the Complaint against H&R Block Enterprises, LLC (f/k/a H&R Block Enterprises, Inc.); H&R Tax Group, Inc. and H&R Block Tax Services, Inc.

7. As of November 18, 2013, the Court adjudges that:

(a) all Settlement Class Members are conclusively deemed to have released the Releasees from the "Released Claims" (as defined in Section III, Paragraph 6), of the Settlement Agreement);

(b) Plaintiff Delana Ugas is conclusively deemed to have released all claims against the Releasees as described in Section III, Paragraph 7 of the Settlement Agreement.

8. The Court bars and permanently enjoins each Settlement Class Member from prosecuting against the Releasees any and all of the Released Claims.

9. The Court reserves continuing jurisdiction to enforce the terms of the Judgment.

Dated: November 18, 2013

*/s/ Christina A. Snyder*
Honorable Christina A. Snyder
Judge of the United State District Court

2
[PROPOSED] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT, AWARD OF ATTORNEY'S FEES, COSTS AND EXPENSES, CLASS REPRESENTATIVE ENHANCEMENTS, AND RELEASE OF ALL CLAIMS BY CLASS MEMBERS
Case No. CV09-6510 CAS (SHx)

15883288v.1