1
2
3
4
5
6
7

UNITED STATES DISTRICT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELANA L. UGAS, an individual; on her own behalf and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>H&R BLOCK ENTERPRISES, LLC, a Missouri Corporation; H&R TAX GROUP, INC., a Missouri Corporation; H&R BLOCK TAX SERVICES, INC., a Missouri Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV09-06510 CAS (SHx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Judge:　Hon. Christina A. Snyder<br>Ctrm.:　5<br><br>Complaint Filed: July 13, 2009 |

[PROPOSED] JUDGMENT
Case No. CV09-6510 CAS (SHx)

15403550v.1

1  The Court, on _____, 2013, issued its Order Granting Final
2  Approval of Class Settlement, Award of Attorney's Fees and Costs and
3  Administrative Expenses, Class Representative Enhancement, and Release of All
4  Claims by Settlement Class Members ("Order Granting Final Approval") hereby
5  grants approval to the Class Action Settlement Agreement in this matter.
6  Pursuant to Federal Rule of Civil Procedure 58, the Court HEREBY
7  ORDERS ENTRY OF JUDGMENT as follows:

   1. The Settlement Class as to whom this judgment applies is defined as:
      "All hourly Tax Professionals of H&R Block who worked in the Pomona District in California from July 2005 through August 2011, excluding the Apodaca Plaintiffs."
   2. The parties shall comply with the terms and conditions of the Settlement Agreement and of the Order Granting Final Approval. Upon such compliance, and in accordance with the terms of the Order Granting Final Approval, the matter and the Complaint on file herein shall be dismissed in its entirety, with prejudice. The Settlement Class members shall be barred and enjoined from prosecuting the Released Claims against the Releases, as those terms are defined in the Settlement Agreement. The Court shall retain jurisdiction over the case to enforce the terms of this Judgment.
   3. Persons who timely requested exclusion from the Class: (a) will not participate in the recovery obtained through the Settlement Agreement; and (b) are entitled to prosecute an alternative lawsuit, or an individual claim with the California Labor Commission, in accordance with California law, with regard to the claims alleged in the Complaint.

Dated: November 18, 2013

_Christina A. Snyder_
Honorable Christina A. Snyder
Judge of the United State District Court

1

[PROPOSED] JUDGMENT
Case No. CV09-06510 CAS (SHx)

15403550v.1